UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN A. TINAJERA RUVALCABA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>MATT BROWN; MARK HOLTHAUS; CITY OF LAKEWOOD; and JOHN DOES 1 through 10,<br><br>　　　　　Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES UNDER 42 U.S.C. § 1983; AND WASHINGTON LAW<br><br>JURY DEMAND |

COMES NOW the Plaintiff, by and through his attorney of record, Glenn K. Carpenter, Jr. of the Law Office of Glenn K. Carpenter, Jr., P.S., and by way of claim alleges upon personal knowledge as to himself and his own actions, and upon information and belief upon all other matters, as follows:

INTRODUCTION

1. This is a civil action seeking damages against the above-named defendants. The civil claims include offenses committed by police officers of the City of

COMPLAINT AND
DEMAND FOR JURY

Page  1

Lakewood acting under color of law and within the scope of their employment resulting in a deprivation of rights secured by the Constitution and laws of the United States of America, and related State causes of action.

## JURISDICTION AND VENUE

2. This Court has personal and subject matter jurisdiction over plaintiff's civil rights claims under Title 42, United States Code, § 1983, and Title 28, United States Code, §§ 1331 and 1343.

3. This Court has pendent jurisdiction over plaintiff's state law claims and over defendants as to said claims, pursuant to Title 28, United States Code, § 1367 (Judicial Improvements Act of 1990), Public Law No. 101-650, 104 Stat. 5089 (1990).

4. The acts and omissions complained of herein occurred in Pierce County, Washington and at least some of the defendants are believed to be residents and citizens of Pierce County, Washington.

5. Plaintiff, Juan A. Tinajera Ruvalcaba, is a resident of Pierce County, Washington.

6. Venue in this Court is proper pursuant to Title 28, United States Code, § 1391.

## PARTIES

7. Plaintiff, Juan A. Tinajera Ruvalcaba, is a resident of Pierce County, State of Washington.

8. At all times material to this complaint, defendant Matt Brown was a police sergeant employed by defendant City of Lakewood. At all times material to this complaint, defendant Matt Brown was an agent and employee of defendant City of

LAW OFFICE OF
Glenn K. Carpenter, Jr., P.S.
24730 36TH Avenue
Kent, Washington 98032
Tel: (253) 839-8449 Fax: (253) 839-8486
E-mail: gcarpenter@gkcarpenter.com

Lakewood, and was acting within the scope of his employment with the City of Lakewood and under color of state law.

9. Defendant Matt Brown is sued in his individual capacity and in his official capacity as an agent and employee of the City of Lakewood.

10. At all times material to this complaint, defendant Mark Holthaus was a police officer employed by defendant City of Lakewood. At all times material to this complaint, defendant Mark Holthaus was an agent and employee of defendant City of Lakewood, and was acting within the scope of his employment with the City of Lakewood and under color of state law.

11. Defendant Mark Holthaus is sued in his individual capacity and in his official capacity as an agent and employee of the City of Lakewood.

12. Defendant City of Lakewood is a municipal corporation organized under the laws of the State of Washington. Defendant City of Lakewood is sued directly under Title 42, United States Code § 1983 and under the doctrine of respondeat superior. The civil rights violations delineated herein were proximately caused by it customs, policies and usages.

13. Defendant City of Lakewood includes as one of its agencies, the Lakewood Police Department.

14. John Does 1 through 10, are entities and persons who were involved with the unconstitutional, reckless, unreasonable and negligent acts described herein. Plaintiff does not currently know these entities and persons. Upon discovery of their identities, Plaintiff reserves the right to add them as Defendants in this cause of action.

COMPLAINT
DEMAND FOR JURY

Page 3

LAW OFFICE OF
Glenn K. Carpenter, Jr., P.S.
24730 36TH Avenue
Kent, Washington 98032
Tel: (253) 839-8449  Fax: (253) 839-8486
E-mail: gcarpenter@gkcarpenter.com

## FACTUAL ALLEGATIONS

(Many of the actions described below where captured by video, which is hereby incorporated into this Complaint)

15. On September 6th, 2014, at approximately 9:16 PM, Lakewood Police Officer Mark Holthaus learned that a vehicle involved in a shooting at 74th Street S. and S. Tacoma Way had fled southbound on S. Tacoma Way into the City of Lakewood.

16. Officer Holthaus began searching for the vehicle. Approximately 11 minutes later and approximately ¾ of a mile away, Officer Holthaus observed a vehicle allegedly similar to the description of the vehicle that had fled into Lakewood

17. The vehicle was being driven by the plaintiff Juan Tinajera Ruvalcaba. He was heading home after finishing work and getting something to eat.

18. Mr. Tinajera Ruvalcaba had turned off of 82nd St. S. and was proceeding southbound on S. Tacoma Way in a normal manner.

19. But because the vehicle bore a resemblance to the vehicle being looked for, Officer Holthaus decided this must be the searched for vehicle and that he would do a high-risk felony stop. He requested that other police officers rush to his aid.

20. Officer Holthaus followed Mr. Tinajera a few blocks to the Legacy Park Apartments where Mr. Tinajera lived.

21. Mr. Tinajera at all times drove calmly and did not commit any traffic violations while he was being followed.

22. Officer Holthaus and other officers used their vehicles to block Mr. Tinajera's vehicle and ordered Mr. Tinajera to exit his vehicle at gunpoint.

23. Mr. Tinajera complied. He exited his vehicle and held his hands up and open while facing the many officers who had arrived.

COMPLAINT  
DEMAND FOR JURY

Page 4

LAW OFFICE OF  
Glenn K. Carpenter, Jr., P.S.  
24730 36TH Avenue  
Kent, Washington 98032  
Tel: (253) 839-8449  Fax: (253) 839-8486  
E-mail: gcarpenter@gkcarpenter.com

24. Mr. Tinajera Ruvalcaba was ordered to turn around and get on the ground but was physically unable to turn around has he had injured his lower leg earlier that day. He attempted to explain his injury to the officers stating his ankle was hurt and that he was unable to follow the officers' commands.

25. Sergeant Matt Brown arrived on the scene while Mr. Tinajera Ruvalcaba was being held at gunpoint and took charge of the situation. He instructed the officers to move forward towards Mr. Tinajera Ruvalcaba and that he would use a Taser if Mr. Tinajera Ruvalcaba remained non-compliant.

26. Sergeant Brown then led several officers to Mr. Tinajera Ruvalcaba. At very close range (within a few feet) Sergeant Brown deployed his Taser device, which struck with Mr. Tinajera Ruvalcaba.

27. Sergeant Brown then immediately applied a Thai kick to Mr. Tinajera Ruvalcaba's leg, knocking Mr. Tinajera Ruvalcaba to the ground where was jumped on by several officers and he was hand cuffed and detained.

28. Mr. Tinajera Ruvalcaba stood with his arms and hands extended straight above his head and made no movements as he was approached by the officers and tasered.

29. At this same time, DuPont police discovered the actual vehicle that was involved in the shooting and arrested the responsible individual.

30. It is unknown at this time when the Lakewood police officers learned of the actual arrest of the responsible individual.

COMPLAINT
DEMAND FOR JURY

Page 5

LAW OFFICE OF
Glenn K. Carpenter, Jr., P.S.
24730 36TH Avenue
Kent, Washington 98032
Tel: (253) 839-8449  Fax: (253) 839-8486
E-mail: gcarpenter@gkcarpenter.com

31. Mr. Tinajera Ruvalcaba was arrested for obstruction of justice and take to jail but the jail did not accept him because he had been injured and was in need of medical attention.

32. Mr. Tinajera Ruvalcaba was taken to the hospital and found to have broken bones in his lower left leg among other injuries.

FIRST CAUSE OF ACTION
(Federal Civil Rights Violation Under 42 U.S.C § 1983)

33. By virtue of the facts set forth above, the Defendants are liable for compensatory and punitive damages for deprivation of civil rights of Juan A. Tinajera Ruvalcaba guaranteed by the Fourth Amendment to the Constitution of the United States and 42 U.S.C. § 1983, to be free from unreasonable seizures of his person.  They did this by performing the seizure in an unreasonable, dangerous and violent manner, and tasering and knocking him to the ground without legal cause or justification.

34. As a proximate result of the acts and omissions of defendants and deprivation of his Fourth Amendment rights, Juan Tinajera Ruvalcaba suffered personal injuries including, but not limited to loss of liberty, physical injuries, pain and suffering, grief, fear and terror, mental anguish, emotional distress, loss of earnings, and other consequential damages.

SECOND CAUSE OF ACTION
(State Law Claim)

35. By virtue of the facts set forth above, all defendants are liable to the Plaintiff for compensatory damages for the tort of outrage.

THIRD CASUE OF ACTION

COMPLAINT
DEMAND FOR JURY

Page 6

LAW OFFICE OF
Glenn K. Carpenter, Jr., P.S.
24730 36TH Avenue
Kent, Washington 98032
Tel: (253) 839-8449  Fax: (253) 839-8486
E-mail: gcarpenter@gkcarpenter.com

(State Law Claim)

36. By virtue of the facts set forth above, all defendants are liable to the Plaintiff for compensatory damages for negligence causing his injuries.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follow:

37. Compensatory Damages;

38. Punitive Damages from the individual defendants on Plaintiff's claims under 42 United States Code § 1983;

39. Costs, including reasonable attorneys' fees, under 42 United States Code § 1988 and to the extent otherwise permitted by law; and

40. Such relief as the Court deems just and equitable.

JURY DEMAND

Plaintiff demands trial by a jury of six (6) in this matter.

DATED this the 4th day of September 2017.

Respectfully submitted,

LAW OFFICE OF
GLENN K. CARPENTER, JR., P.S.

By: s/Glenn K. Carpenter, Jr.
GLENN K. CARPENTER, JR.
WSBA No. 18301
Law Office of Glenn K. Carpenter, Jr., P.S.
24730 36th Ave. S.
Kent, WA 98032
Tel: (253) 839-8449
Fax: (253) 839-8486
E-mail: glenn@gkc-law.com
Karen@gkc-law.com
Attorney for Plaintiff

COMPLAINT
DEMAND FOR JURY

LAW OFFICE OF
Glenn K. Carpenter, Jr., P.S.
24730 36TH Avenue
Kent, Washington 98032
Tel: (253) 839-8449  Fax: (253) 839-8486
E-mail: gcarpenter@gkcarpenter.com

Page 7