The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN A. TINAJERA RUVALCABA,<br><br>                 Plaintiff,<br><br>   v.<br><br>MATT BROWN; MARK HOLTHAUS;<br>CITY OF LAKEWOOD; and JOHN DOES<br>1 through 10,<br><br>                 Defendants. | No. 17-cv-05709 BHS<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>(***CLERK'S ACTION REQUIRED***) |

TO:      JUAN A. TINAJERA RUVALCABA,

AND TO:  GLENN CARPENTER, HIS ATTORNEY OF RECORD

YOU WILL PLEASE TAKE NOTICE that RICHARD B. JOLLEY, Attorney for MATT BROWN, MARK HOLTHAUS and CITY OF LAKEWOOD, Defendants, hereby withdraws as attorney of record for said Defendants.

DATED: January 19, 2018

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Richard B. Jolley*
Richard B. Jolley, WSBA #23473
Attorney for Defendants
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: rjolley@kbmlawyers.com

NOTICE OF WITHDRAWAL OF COUNSEL - 1
17-cv-05709 BHS
1002-01294/336916

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Glenn K. Carpenter, Jr., P.S.
24730 36th Avenue
Kent, WA 98032
Email:  glenn@gkc-law.com
karen@gkc-law.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED:  January 19, 2018

> */s/ Christine Jensen Linder*
> Christine Jensen Linder, Legal Assistant
> Email: clinder@kbmlawyers.com

NOTICE OF WITHDRAWAL OF COUNSEL - 2
17-cv-05709 BHS
1002-01294/336916

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423