The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN A. TINAJERA RUVALCABA,<br><br>Plaintiff,<br><br>v.<br><br>MATT BROWN; MARK HOLTHAUS; CITY OF LAKEWOOD; and JOHN DOES 1 through 10,<br><br>Defendants. | No. 17-cv-05709 BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JUAN A. TINAJERA RUVALCABA and Defendants MATT BROWN; MARK HOLTHAUS; CITY OF LAKEWOOD; and JOHN DOES 1 through 10 that the above-entitled matter may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

LAW OFFICE OF GLENN K. CARPENTER, JR., P.S

Dated: March 20, 2018

_____
Glenn K. Carpenter, Jr.
WSBA #18301
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 1
17-cv-05709 BHS
1002-01294/351845

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

KEATING, BUCKLIN & McCORMACK, INC., P.S.

Dated: March 20, 2018

/s/ Stewart A. Estes
Stewart A. Estes, WSBA #15535
Attorneys for Defendants

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff JUAN A. TINAJERA RUVALCABA's claims are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2018.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

/s/Stewart A. Estes
Stewart A. Estes, WSBA #15535
Attorneys for Defendants

Approved as to form;
Notice of Presentation waived:

LAW OFFICE OF GLENN K. CARPENTER, JR., P.S

_____
Glenn K. Carpenter, Jr., WSBA #18301
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
17-cv-05709 BHS
1002-01294/351845

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423